✎PROB 22
(Rev. 2/88)

| | FILED<br>CLERK, U.S. DISTRICT COURT<br>11/19/2019<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ KSS _____ DEPUTY | DOCKET NUMBER *(Tran. Court)*<br>CR19-297-PA |
| --- | --- | --- |

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
**19-cr-515-CMA**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION<br>Southern |
| --- | --- | --- |
| Eldorado Trading Company II, Inc. | NAME OF SENTENCING JUDGE<br>Percy Anderson | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>September 16, 2019 | TO<br>September 15, 2022 |

**OFFENSE**

Conspiracy to Introduce Misbranded Drugs Into Interstate Commerce, 18 U.S.C. § 371, 21 U.S.C. §§ 331(a), 352 and 333(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Colorado</u> upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ November 19, 2019 _____
*Date*

_____ [signature] _____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ COLORADO _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ December 12, 2019 _____
*Effective Date*

_____ [signature] _____
*United States District Judge*